In the Matter of JOSEPH FALTER, Respondent, against KENNETH T. HANLEY et al., Appellants.—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.